UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | | |
|---|---|---|
| CRISANTO RODRIGUEZ, | ) | No. EDCV 09-2171 AN |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND EIGHT HUNDRED AND FIFTY DOLLARS AND 00/100 ($2,850.00) subject to the terms of the stipulation.

DATE: October 7, 2010                    /s/ Arthur Nakazato

HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE